**STATE of Missouri, Respondent,**

v.

**Keith Eugene ROBERTS, Appellant.**

**No. WD 42083.**

Missouri Court of Appeals,
Western District.

April 24, 1990.

Rehearing Denied May 29, 1990.

Dan K. Purdy, Osceola, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, J.P., and
SHANGLER and TURNAGE, JJ.

## ORDER

PER CURIAM:

Keith E. Roberts was convicted by a jury of selling methamphetamine (§ 195.020, RSMo 1986). Judgment was entered pursuant to the verdict and he was sentenced

to five years incarceration. The judgment is affirmed. Rule 30.25(b).